**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Steven L. Scott, | Case No.: 2:17-cv-00702-JAD-PAL |
| Plaintiff | **Order Re: Procedures** |
| v. | **and Document Filing** |
| James Cox et al., | |
| Defendants | |

Steven L. Scott, a prisoner in the custody of the Nevada Department of Corrections, brings this civil rights complaint under 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*.[1] At page 31 of his complaint, Scott attached a one-page "petition for emergency preliminary injunctive relief."[2] On March 3, 2017, the Clerk of Court sent Scott an advisory letter informing him, among other things, that "[t]he Clerk of Court is unable to respond to letters requesting status" and that "[r]equests must be in the form of a motion and not just a letter."[3] The Clerk of Court also provided a template of a motion with the letter sent to Scott.[4] A month later, Scott sent a letter to the court requesting a status check on his "emergency injunctive relief."[5]

Scott's summary request for emergency preliminary injunctive relief at page 31 of his complaint is insufficient to cause this court to consider whether he is presently entitled to relief**. If Scott desires emergency injunctive relief, he must file a motion for preliminary injunctive relief that complies with this district's Local Rules 7-2 and 7-4.** LR 7-2 requires all motions to

---

[1] ECF No. 1.

[2] ECF No. 1-1 at 31.

[3] ECF No. 2 at 2.

[4] *Id.* at 4.

[5] ECF No. 3-1 at 1. Scott's letter was received by the court on April 12, 2017. *Id.*

1

"be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities. The motion and supporting memorandum of points and authorities must be combined into a single document writing." LR 7-4 requires that "written requests for judicial assistance in resolving an emergency dispute must be titled 'Emergency Motion' and be accompanied by a declaration setting forth . . . the nature of the emergency." Scott is again reminded that the court will not respond to, or take action in response to, letters—particularly those requesting a status update.

DATED April 21, 2017.

_____
Jennifer A. Dorsey
United States District Judge