# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steven L. Scott, | Case No.: 2:17-cv-00702-JAD-PAL |
| Plaintiff | **Order** |
| v. | |
| James Cox, et al., | |
| Defendants | |

On April 6, 2018, I entered a screening order, stayed this case for 90 days, and referred the parties to the Inmate Early Mediation Program.[1]  I instructed the parties not to file any pleadings or papers or engage in any discovery during the 90-day stay.[2]  On July 2, 2018, after the mediation but before the expiration of the stay, pro se plaintiff Steven Scott filed an amended complaint.[3]

If Scott chooses to proceed on his amended complaint, the court will screen it and issue a separate screening order, but he should be aware that the screening process will take **many months** to complete.  If he would like to proceed immediately on his original complaint and begin the service process, he must file a notice with the court indicating his desire to strike his amended complaint and proceed on the normal litigation track with his original complaint.

## Conclusion

Accordingly, IT IS HEREBY ORDERED that **Scott has until July 27, 2018, to file a notice with the court indicating whether he chooses to proceed immediately on the normal litigation track with his original complaint (ECF No. 6), OR whether he chooses to proceed on his amended complaint (ECF No. 11) and wait AT LEAST several months for a screening order on that amended complaint before he can proceed on it.**

---

[1] ECF No. 5 at 16.

[2] *Id.*

[3] *See* ECF Nos. 10, 11, 12.

IT IS FURTHER ORDERED that, if Scott does not file a notice with the court on or before July 27, 2018, indicating which complaint he intends to proceed on, **the court will strike the amended complaint (ECF No. 11)** from the docket, and this case will proceed to litigation on the original screening order and complaint (ECF Nos. 5, 6).

IT IS FURTHER ORDERED that no further action is required by defendants in this case until further order by this court.

Dated: July 9, 2018

_____
U.S. District Judge Jennifer A. Dorsey