# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Steven L. Scott,

    Plaintiff

v.

Director James Cox, et al.,

    Defendants

Case No.: 2:17-cv-00702-JAD-BNW

**Order Granting Motion for Time Enlargement**

[ECF No. 35]

    Plaintiff Steven L. Scott asks for a 21-day enlargement of time to oppose defendants' motion to dismiss, explaining that his limited law-library time has made it impossible to complete his response within the original deadline. Good cause appearing, IT IS HEREBY ORDERED that the motion for enlargement of time **[ECF No. 35] is GRANTED**. **Plaintiff's deadline to file his response to the motion to dismiss [ECF No. 32] is extended to October 3, 2019.**

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: September 17, 2019