United States District Court
District of Nevada

Steven L. Scott
Plaintiff

-vs-

Director James Cox, et. al,
Defendants.

Case No: 2:17-cv-00702-JAD-BNW

Motion for Time Enlargement

I wish to request of this court to allow me the opportunity to request a time enlargement of (5) five working days or until April 3, 2020 to file an reply to defendants opposition to amend civil complaint requested by the plaintiff...

Due to powers out of my control, I can not make copies of my reply within the time frame allowed by this courts, especially, due to the Covid-19 situation things are becoming difficult to move. I must submit for an appointment to go to the legal library and that can take (1) week to (6) days, well past the time allowed by the court, but if I can send the reply, I will.

Dated: 30 March 2020

By: _____
Steven L. Scott #73087

Good cause appearing, IT IS ORDERED that ECF No. 61 is GRANTED. Plaintiff shall have until April 23, 2020 to file a reply in support of ECF No. 53 due to COVID-19 and the situation at SDCC.

IT IS SO ORDERED

DATED: April 08, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

State of Nevada
County of Clark:

I hereby swear under the penalty of perjury that the motion for time enlargement is true and correct to the best of ability pursuant to N.R.S. 208.165

Dated: 30 March 2020

By _____
Steven C. Scott #73087

## Proof of Service

I hereby certify that I sent a copy (hand written) of this motion for time enlargement to the following:

Attorney General's Office
Attn: Ms Brady
555 Washington #3900
Las Vegas NV 89101

Dated: 30 March 2020

By _____
Steven C. Scott #73087

Steven K Scott #73087
SDCC
P.O. Box 208
IN INFILES DIMS NRECEIVED

FILED ____ ENTERED ____
SERVED ON ____
COUNSEL/PARTIES OF RECORD

APR - 6 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

LAS VEGAS NV 890
03 APR 2020 PM 4 L

U.S. District Court Clerk
District of Nevada
333 Las Vegas Blvd, RM 1334
Las Vegas Nevada 89101

89101-706934