# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Steven L. Scott,

    Plaintiff

v.

James Cox, et al.,

    Defendants

Case No.: 2:17-cv-00702-JAD-BNW

**Order Adopting Report & Recommendation**

[ECF Nos. 53, 81]

In this civil-rights case, Magistrate Judge Brenda Weksler recommends that I deny Plaintiff Steven L. Scott's motion to file an amended complaint as mot in light of her various September 10, 2020, orders.[1] The deadline for any party to object to that recommendation was September 24, 2020, and no party filed an objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 81] is ADOPTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion For Leave to Amend **[ECF No. 53] is DENIED** as moot.

                          U.S. District Judge Jennifer A. Dorsey
                          Dated: September 26, 2020

---

[1] ECF No. 81.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).