United States District Court
District of Nevada

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 25 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Steven L. Scott,
Plaintiff,

vs

James Cox, et al.,
Defendants.

Case No: 2:17-cv-00702-JAD-BNW

Motion for Sanction for Violating Court Order Granting Discovery

This court granted Plaintiff's request for discovery, and ordered that the Defendants had until Feb. 17, 2022 to produce said discovery. On Feb. 17, 2022, I picked up their production of the discovery. After getting home and looking thru the discovery, I found that they only provided (24) twenty-four common fare applications.

ARGUMENT

The Defendants are in violation of the court order, they did not provide a true & correct of discovery ordered by the court. Once again, I must compel the court to sanction the Defendants. Under F.R.C.P., I can request of the court.

I worked in NDOC culinary as a cook. I know that there is (80) eighty or more inmates who participate in the common fare program, at all times. The defendants discovery goes back to 2012, and states that only (24) twenty-four in (8) eight year. I have a list of inmates who were denied the common fare program at least twice, and filed inmate grievances for their denial. In the discovery there is not similar application. My witnesses are going to testify to their application, which was not provided. The true number should be in hundreds, and not (24) twenty-four.

I am not saying that attorney general Dawn Jesen was a party to this discovery violation. She can only provide what the defendants give her. The defendants knew what they were doing, knowing that without the discovery I can not prove my case at trial, nor be successful at the settlement conference.

The defendants knew in 2020, that I was requesting the information. In Nov. 2021, I told A.G. Jesen about the discovery request on the phone. I even sent her a filed copy of the motion to compel. In court we ordered the production of discovery. Now they play a discovery games

Judge, I am tired of the Defendants procrastinating in actions in this case. Already time the prior Attorney General requested something of me I said "yes", when they requested discovery of me, I provided it in less than a month. Judge, do the Defendants play by a different set of F.R.C.P., than I do.

Lastly, Judge I would like to request that when the Defendants provide a full & correct discovery that the inmates number be visible for verification of a full discovery. So my witnesses can testify to their application.

Wherefore I pray that this Court will order sanctions on the Defendants, and that, said sanctions be $500.00 per day, with a start date of Feb. 17, 2022 until the present or when the discovery is provided.

Respectfully Submitted!

Dated: 22 Feb 22

by: Steven L. Scott

## ORDER

IT IS ORDERED that ECF No. 154 is DENIED without prejudice. Plaintiff must meet and confer with Defendants about all discovery motions before filing them. Accordingly, Plaintiff must meet and confer with Defendants. If they cannot reach a resolution, Plaintiff may refile his motion with a declaration explaining their meet and confer.

**IT IS SO ORDERED**
**DATED:** 1:30 pm, February 28, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## Proof of Service

I, hereby swear that I sent a true & correct of the above, to the below, by hand deliver to their office:

Attorney General office
ATTN: A.G. DAWN JESEN
555 Washington Ave #3900
Las Vegas NV 89101

Dated 22 FEB 2020

By: Steven L. Scott



Hecler L. Scott
3380 St Louis # 210
Las Vegas NV 89104

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 25 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

X-RAYED U.S. MARSHALS

United States District Court
District of Nevada
333 Las Vegas Blvd, Room 1334
Las Vegas NV 89101