AARON D. FORD
Attorney General
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

Attorneys for Defendants
James Cox, Gabriela Garcia, Benjamin Gutierrez,
Gillian Lambey, Sonya Carrillo, Brian Williams,
Romeo Aranas, Jerry Howell,
Frank Dreesen, Kim Thomas,
Michael Minev, George Leaks,
and Johnny Youngblood

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN L. SCOTT, | Case No. 2:17-cv-00702-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DIRECTOR JAMES COX, et al., | ECF No. 160 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Steven Scott, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///
///
///

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED April 25, 2022.

*(signature)*
Steven L. Scott

Plaintiff, Pro Se

DATED April 25, 2022.

AARON D. FORD
Attorney General

/s/ *Dawn R. Jensen*
Dawn R Jensen, Bar No. 10933
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED. This matter is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

DATED _____May 16_____, 2022.

*(signature)*
UNITED STATES DISTRICT JUDGE